IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ISAAC JOHNSON,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

      Appellant,

v.

CASE NO. 1D13-6121

FLORIDA DEPARTMENT OF
CORRECTIONS, MICHAEL D.
CREWS, SECRETARY OF
FLORIDA DEPARTMENT OF
CORRECTIONS,

      Appellee.

_____/

Opinion filed October 3, 2014.

An appeal from the Circuit Court for Columbia County.
Paul S. Bryan, Judge.

Isaac Johnson, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Jennifer Parker, General Counsel, Department of Corrections, and Sheron Wells, Assistant General Counsel, Department of Corrections, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

PADOVANO, WETHERELL, and MAKAR, JJ., CONCUR.